UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                       )
MICHAEL A. REYES REYES,                )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )    C.A. No. 16-221 S
                                       )
PROVIDENCE POLICE DEPARTMENT,          )
et al.,                                )
                                       )
          Defendants.                  )
_____)
```

## ORDER

WILLIAM E. SMITH, Chief Judge.

On May 18, 2016, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter. (ECF No. 3.) The R&R recommends that Plaintiff's Complaint be dismissed without prejudice and with leave to file an Amended Complaint that remedies the pleading deficiencies identified in the R&R. No objections to the R&R were filed, and the time for doing so has passed. On June 6, 2016, Plaintiff filed an Amended Complaint. (ECF No. 4.)

The Court hereby accepts the R&R without objection pursuant to 28 U.S.C. § 636(b)(1). The R&R is ADOPTED and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court further ACCEPTS Plaintiff's Amended Complaint as refiled, and hereby

REFERS the Amended Complaint to Magistrate Judge Almond for screening.

IT IS SO ORDERED.

*/s/ William E. Smith*

William E. Smith
Chief Judge
Date:  July 21, 2016