UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                    )
MICHAEL A. REYES REYES,             )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 16-221 S
                                    )
PROVIDENCE POLICE DEPARTMENT,       )
et al.,                             )
                                    )
        Defendants.                 )
_____ )

**ORDER**

WILLIAM E. SMITH, Chief Judge.

　　Magistrate Judge Lincoln D. Almond filed a Report and Recommendation (R&R) on August 1, 2016 (ECF No. 6), recommending that the Court dismiss Plaintiff's Amended Complaint (ECF No. 4). Having heard no objections and having carefully reviewed the Amended Complaint and R&R, the Court accepts the R&R. Plaintiff's Amended Complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  October 3, 2016